

# Fourth Court of Appeals
## San Antonio, Texas

March 18, 2020

No. 04-19-00844-CV

**IN THE INTEREST OF C.C.,**

From the 229th Judicial District Court, Duval County, Texas
Trial Court No. DC-18-53
The Honorable Selina Nava Mireles, Judge Presiding

# O R D E R

Appellant appeals the trial court's termination of his parental rights. Appellant's court-appointed attorney has filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967), in which he asserts there are no meritorious issues to raise on appeal. We have held that in parental-termination appeals, a procedure akin to *Anders* is necessary to best protect the statutory right to counsel on appeal, to provide a procedural mechanism for counsel to fulfill his ethical obligations, to assist the court in deciding appeals, and to provide consistent procedures for all indigent litigants. *In re R.R.*, No. 04-03-00096-CV, 2003 WL 21157944, at *4 (Tex. App.—San Antonio 2003, no pet.); *see In re P.M.*, 520 S.W.3d 24, 27 n.10 (Tex. 2016) (per curiam) (applying *Anders* procedures in appeal from order terminating parental rights). In compliance with the procedure set out in *Anders*, appellant's attorney has shown that he sent a letter to appellant, which explained his right to review the record and file a pro se brief. *See Kelly v. State*, 436 S.W.3d 313 (Tex. Crim. App. 2014); *In re A.L.H.*, No. 04-18-00153-CV, 2018 WL 3861695, at *2 (Tex. App.—San Antonio Aug. 15, 2018, no pet.); *In re R.R.*, 2003 WL 21157944, at *4. In the letter to appellant, counsel stated that he had enclosed copies of the brief. *See Kelly*, 436 S.W.3d at 313; *In re A.L.H.*, 2018 WL 3861695, at *2; *In re R.R.*, 2003 WL 21157944, at *4.

Counsel has also advised appellant that if he wished to review the appellate record, he must file a motion in this court. Counsel also enclosed a form motion for this purpose. *See Kelly*, 436 S.W.3d at 313; *In re A.L.H.*, 2018 WL 3861695, at *2; *In re R.R.*, 2003 WL 21157944, at *4. If appellant wishes to review the appellate record, he must file a motion in this court within ten days of the date of this order.

Counsel has also filed a motion for extension of time on behalf of appellant. The motion is GRANTED. If appellant desires to file a *pro se* brief, we ORDER that he do so on or before **April 7, 2020**. If appellant files a *pro se* brief, appellee may file a responsive brief no later than twenty days after the date appellant's *pro se* brief is filed in this court.

_____
Liza A. Rodriguez, Justice


      IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of March, 2020.

_____
MICHAEL A. CRUZ,
Clerk of Court